**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

JURNEE SCOTT LEYMAN, Individually )
AND AS REPRESENTATIVE OF THE   )
ESTATE OF NOAH LEYMAN,          )
DECEASED,                       )
    Plaintiff,                  )
                              )
v.                              )          **2:24-cv-00129-Z-BR**
                              )
                              )
AMAZON LOGISTICS, INC. et al.,  )
    Defendants.                 )

**PLAINTIFF-INTERVENORS MICHAEL LEYMAN & ADRIANE NOTICE OF SERVING**
**FOURTH SUPPLEMENTAL INITIAL DISCLOSURES TO ALL PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE PRESIDING:

    Plaintiff-Intervenors, Michael Leyman and Adriane Leyman hereby notified the court that

Plaintiff- Intervenors' have served their fourth supplemental Initial Disclosures to all parties.

                                                Respectfully submitted,
                                                **WEBER LAW FIRM**
                                                **/s/ R. Keith Weber, Jr.**
                                                R. Keith Weber, Jr.
                                                State Bar No. 24056502
                                                2 Riverway, Suite 1770
                                                Houston, Texas 77056
                                                Tel: (281) 369-4719
                                                Fax: (281) 369-4718
                                                RW@GulfCoastFirm.com
                                                **ATTORNEY FOR PLAINTIFF-INTERVENORS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the **13ᵀᴴ day of May 2025**, a true copy of the foregoing instrument

was E-Filed and served electronically and/or via certified mail, return receipt requested, and/or by

hand delivery and/or by fax transmission and/or by regular mail, and/or by electronic service to

opposing counsel and to all other counsel of record in compliance with the Federal Rules

of Civil Procedure.

D. Brett Turnbull
Turnbull, Holcomb & LeMoine, PC
2501 20th Place South, Ste. 425
Homewood, AL 35223
Phone: (205) 831-5040
Facsimile: (205) 848-6300
Email: bturnbull@turnbullfirm.com
Attorneys for Jurnee Scott Leyman
Individually, and as Administratrix
of the Estate on behalf of Noah M.
Leyman

Greg Freeman
FREEMAN & NANCE, PLLC
2403 Line Avenue
Amarillo, Texas 79106
Email: freeman@lawyersamarillo.com
Attorneys for Plaintiff, Jurnee Scott Leyman
Local Counsel

Christopher C. White
chris.white@steptoe-johnson.com
Malerie T. Anderson
malerie.anderson@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
500 N. Akard Street, Suite 3200
Dallas, Texas 75201
Attorneys for Amazon Logistics, Inc.;
Amazon Logistics, LLC; Amazon.com, Inc.;
Amazon.com Sales, Inc.; Amazon.com
Services, LLC; and Amazon Web Services, Inc.

Rhett J. Hubbard
Farris Parker & Hubbard, P.C.
5700 S.W. 45th Avenue
Amarillo, TX 79109
rhett@fphlawfirm.com
Attorney For Timur Trucking, LLC, Firdavs Kubaev,
Ergash Annakukov, and Kamiloddin Adilov

Geoffrey A. Belzer
WILSON ELSER
55 West Monroe Street, Suite 3800
Chicago, IL 60603- 5001
Email: geoffrey.belzer@wilsonesler.com
Attorneys for Amazon Logistics, Inc.;

Amazon Logistics, LLC; Amazon.com, Inc.;
Amazon.com Sales, Inc.; Amazon.com
Services, LLC; and Amazon Web Services,
Inc.

/s/R. Keith Weber, Jr.
R. KEITH WEBER, JR.