IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JURNEE SCOTT LEYMAN, *Individually and as Administratrix of the Estate of Noah M. Leyman, Deceased*,<br><br>Plaintiff,<br><br>and<br><br>MICHAEL LEYMAN *and* ADRIANE LEYMAN,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>AMAZON LOGISTICS, INC., AMAZON LOGISTICS, LLC, AMAZON.COM, INC., AMAZON.COM SALES, INC., AMAZON.COM SERVICES, LLC AMAZON WEB SERVICES, INC., TIMUR TRUCKING, LLC, FIRDAVS KUBAEV, ERGASH ANNAKUKOV, *and* KAMILODDIN ADILOV,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | 2:24-cv-129-BR |

**ORDER FOR AMAZON TO PRODUCE PAST 30(b)(6) DEPOSITIONS**

This diversity action arises from a motor vehicle accident that occurred in this judicial division on June 4, 2023, resulting in the death of Mr. Noah M. Leyman. (*See, e.g.*, ECF 80 at 1, 17). On October 14, 2025, Intervenor Plaintiffs served on the Amazon Defendants a request for "[p]roduction of Amazon's 30(b)(6), or the State equivalent if the case is in State Court, deposition transcripts for the last 5 years involving Amazon Relay carrie[r]s which resulted in injuries and/or fatalities." (ECF 253 at 1). Amazon objects that the request is overly broad, unduly burdensome, and seeks material covered by protective orders issued by other courts. (ECF 210 at

8 *and* ECF 253 at 1–2). The parties have twice orally argued the issue; once on February 24, 2026 (ECF 217 at 58–68) (transcript) and once on April 28, 2026 (ECF 258) (minute entry).

The Parties' Joint Advisory Letter filed April 24, 2026 (ECF 253) is construed as including a motion to compel and, having considered such motion, the Court finds it should be PARTIALLY GRANTED. The request by Intervenor Plaintiffs is narrowed to cover only those Amazon corporate representative depositions in federal or state civil suits where a motor vehicle accident that occurred in the continental United States between January 1, 2022 and June 30, 2023 resulted in injuries and/or fatalities. Except for any responsive deposition transcripts that are protected by a protective order forbidding Amazon from producing the transcript, either in whole or in part, in this litigation, Amazon is ORDERED to produce all responsive transcripts **on or before May 26, 2026**.

If Amazon determines that any responsive deposition transcript is protected by a protective order forbidding Amazon from producing it, either in whole or in part, in this litigation, Amazon is ORDERED to produce **on or before May 26, 2026** a copy of the applicable protective order that includes the case style and cause number of the action, and a privilege log that includes the case style and cause number, a statement of whether the deposition testimony is being withheld in whole or in part, the grounds on which it is being withheld, the name of the deponent, the date of the deposition, and the date of the accident made the basis of the lawsuit.

IT IS SO ORDERED.

ENTERED April 28, 2026.

Lee Ann Reno

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE