## Parties' Joint Advisory Letter

Pursuant to this Court's Order Setting Discovery Management Conferences (ECF 206), the parties hereby submit their Joint Advisory Letter for the Court's review.

## The Parties Joint Issue

## 1. Request to Continue the May 19, 2026, Discovery Management Conference

The Parties respectfully request the Court continue the Discovery Management Conference set for May 19, 2026. Mediation is set for the same day, and the Parties wish to devote available attention and resources to potentially reaching an agreed resolution.

Additionally, pursuant to the procedures outlined in the Court's Standing Orders (ECF 42), the Parties continue diligently working to resolve any existing issues through the conferral process. As such, there are no issues presently ripe for consideration.