**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **JURNEE SCOTT LEYMAN, Individually and as Administrix of the ESTATE OF NOAH M. LEYMAN, Deceased,** | ) | |
| **Plaintiffs,** | ) | **No. 2:24-cv-00129-Z-BR** |
| **v.** | ) | |
| **AMAZON LOGISTICS, INC.;** | ) | |
| **Defendants.** | ) | |

**<u>AMAZON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to the Federal Rules of Civil Procedure, Defendants, Amazon Logistics, Inc., Amazon Logistics, LLC, Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services, Inc.[1] (hereinafter collectively, "Amazon" or "Amazon Defendants"), hereby files their Motion for Summary Judgment in accordance with FED. R. CIV. P. 56.

As further detailed in its brief in support of this motion—which sets forth concisely the elements of the claim as to which summary judgment is sought and complies with LR 56.5(c)—Amazon Defendants are entitled to summary judgment as a matter of law because there is no issue of genuine material fact that Amazon: (1) did not owe Plaintiffs or the generally public any duty as a shipper; (2) did not control Defendant Timur Trucking ("Timur") or Defendant Firdavs Kubaev ("Kubaev"); and (3) did not have any reason to believe that Timur or Kubaev were incompetent or reckless. Further, because only Amazon Logistics, Inc., contracted with Timur,

[1] Amazon Logistics, LLC, Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services, Inc are not proper parties to this action and did not have a contractual relationship with Timur Trucking, LLC. The correct contracting entity is Amazon Logistics, Inc.

summary judgment is appropriate for Plaintiffs' claims against Amazon Logistics, LLC, Amazon.com, Inc., Amazon.com Sales, Inc., Amazon.com Services, LLC, and Amazon.com Web Services, Inc. (hereinafter collectively, the "Unrelated Amazon Entities"). As such, the Amazon Defendants request the Court grant summary judgment in their favor for all claims against them.

Date: June 5, 2026

Respectfully Submitted,

**STEPTOE & JOHNSON, PLLC**

*/s/ Katherine Compton*
**Christopher C. White**
Texas State Bar Number 00794841
**Katherine Compton**
Texas State Bar Number 04652100
**Daniel A. Penn**
Texas State Bar Number 24131582
500 N. Akard Street, Suite 3200
Dallas, Texas 75201
Telephone: (945) 235-6802
chris.white@steptoe-johnson.com
katherine.compton@steptoe-johnson.com
daniel.penn@steptoe-johnson.com

***Attorneys for Amazon Logistics, Inc, Amazon Logistics, LLC, Amazon.com, Inc., Amazon.com Sales, Inc., Amazon.com Services, LLC and Amazon Web Services, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2026, I electronically served the foregoing to all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ *Katherine Compton*
Katherine Compton